FILED
CLERK, U.S. DISTRICT COURT

NOV 28 2022

CENTRAL DISTRICT OF CALIFORNIA
BY:_____ mm _____ DEPUTY

1  | Los Angeles California Territory
   | [90018]
2  | Non-domestic United State Republic

3

4  | **UNITED STATES DISTRICT COURT**

5  | **CENTRAL DISTRICT OF CALIFORNIA**

6

| | 7 | Case No: **2:22-MC-00235-UA** |
|---|---|---|
| Willie-Jay:Smith-Bey III © Movant, | 8 | Conspiracy Against Rights 18 U.S.C § 241, |
| v. | 9 | Deprivation of Rights18 U.S.C 242 |
| SHANELLE HAMLIN CSS II, TERRIE HARDY, DIRECTOR, LOS ANGELES CHILD SUPPORT SERVICE | 10 | False or misleading representations 15 U.S.C |
| Title VI-D agency, LOS ANGELES COUNTY, JACQUES C ADRIENCRD#: | 11 | §1692c. |
| 2996942 E*TRADE SECURITIES LLC FROM MORGAN STANLEY and Doe's | 12 | Torts § (fraud and deceit); § (abuse of process) |
| 1-100 Defendant | 13 | Trial by Jury is Requested |
| | 14 | |

15

16

17  | **Writ Affidavit of Claim**

18

19  | **COMMON LAW COURTESY**

20  | In the event that the Court finds that this complaint is not legible or concise with international

21  | constitutional, Treaty and the common law. Movant is requesting that the Court notify the movant

22  | of such findings, along with reference to the issue presented in this affidavit, as well as giving the

23  | movant the opportunity to file this Complaint after the appropriate amendments are made.

24

25  | **JURISDICTION OF THE COURT**

26  | Jurisdiction of this court is invoked over the defendant pursuant to United State Codes Title 18

27  | §32 1091 (e) and Title 28 § 1332;33

28  | (a) The district courts shall have original jurisdiction of all civil actions where a matter in

29  | controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is between: (1)

30  | citizens of different States;

31  | (2) citizens of a State and citizens or subjects of a state, except that the district courts shall not

32  | have original jurisdiction under this subsection of an action between citizens of a State and citizens

33  | or subjects of a foreign State who are lawfully admitted for permanent residence in the United

34  | States and are domiciled in the same State;

35  | (3) citizens of different State and in which citizens or subjects of a foreign State are additional

36  | parties; and

Claim Conspiracy Against Rights 18 U.S.C 242, Deprivation of Rights under Color of Law 42 U.S.C 241,
Constitution of California, Article 1 section 7(a) and 15 U.S.C §1692e. False or misleading representations
Torts § (fraud and deceit); § (abuse of process), California Civil Procedure § 720.240; § 720.230

**Table of Authorities**

1) 15 U.S.C §1692e. False or misleading representations.

2) Stare Decisis, Res Judicata:

a) Stancle vs. State 917 So. 2d 911 (Fla 4th DCA 2005).

Uncontested allegations in an affidavit must be considered as true in absence of counter affidavit.

b) Morris v. Nationals Cash Register, 44 S.W. 2d 433.

"An Affidavit if not contested in a timely manner is considered undisputed facts as a matter of law."

3) Goldberg vs. Kelly (1970) 397 U.S 254

4) United State vs. Bongiorno, 106 F3d 1027, 1032 (1st Cir 1997)

5) Mullane vs. Central Hanover Bank (1950) 209 Cal. App 3d 568

6) Randone vs Appellate Department (1971) 5 Cal. 3d 536 (Attachment Statute)

7) Torts § (fraud and deceit); § (abuse of process); "The malicious prosecution of a case, improperly continued, may also constitute an abuse of process". Routh Wrecker Serv Inc. vs Washington (1998) 335 Ark 232 238–39 980 S.W.2d

8) Uniform Commercial Codes (UCC)

9) Coercion RCW 9A.36.070 (1); 9A.04.110 (28)(j)

9) Conspiracy Against Rights 18 U.S.C § 241, Deprivation of Rights under Color of Law 18 U.S.C 242, 18 U.S.C § 894 (a)(1)(2) Collections of extensions of credit by extortionate means.

**Constitutions and Treaties:**

Treaty of Peace and Friendship of 1786, 1836 A.D. between Morocco and the United States Article 20

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

**Constitution For United States Fifth Amendment**

; nor be deprived of life, liberty, or property, without due process of law;

**Constitution of California, Article 1 section 7(a)**

A person may not be deprived of Life, Liberty, or Property without Due Process of Law or denied equal protection of the Law.

**Constitution of California, Article 3 section 5**

Suits may be brought against the State in such manner and

in such courts as shall be directed by law.

**California Civil Procedure §720.230 (a)(b); § 720.240**

(a)   Not later than five days after the third-party claim is filed with the levying officer, the levying officer shall serve the following personally or by mail on the creditor:

(1)   A copy of the third-party claim.

(2)   A statement whether the third person has filed an undertaking to release the property pursuant to Chapter 6 (commencing with Section 720.610).

Willie-Jay:Smith-Bey III ©
c/o 2722 South Hobart Blvd

1

Claim Conspiracy Against Rights 18 U.S.C 242, Deprivation of Rights under Color of Law 42 U.S.C 241,
Constitution of California, Article 1 section 7(a) and 15 U.S.C §1692e. False or misleading representations
Torts § (fraud and deceit); § (abuse of process), California Civil Procedure § 720.240; § 720.230

1  (4) a foreign State, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of a

2  different States And; Article III clauses 2 of the American Constitution For United States of 1791

3

4  **GENERAL ALLEGATIONS APPLICABLE TO**

5  **ALL CAUSES OF ACTION**

6  1.   I'm a living breathing spiritual being Willie-Jay:Smith-Bey III © (Hereinafter "Movant") is an

7  Aboriginal Indigenous Cherokee Moor of the Northern Continent/Amexe/The North Gate and being

8  a Sovereign Being. **City of Dallas vs. Mitchell (1922)**

9  2. SHANELLE HAMLIN, TERRIE HARDY, LOS ANGELES COUNTY CHILD SUPPORT

10  TITLE VI-D AGENCY, LOS ANGELES COUNTY AND JACQUES C ADRIEN, E*TRADE

11  SECURITIES, LLC FROM MORGAN STANLEY (Hereinafter "Defendants") is, and at all times

12  mentioned herein was, a corporation organized and existing under the law of the state of California,

13  and doing business in the County of Los Angeles, State of California and the United States.

14  3. At all times mentioned herein, Defendants was the employee of LOS ANGELES COUNTY

15  CHILD SUPPORT TITLE VI-D AGENCY, LOS ANGELES COUNTY AND E*TRADE

16  SECURITIES, LLC FROM MORGAN STANLEY.

17  4. The true names or capacities, whether individual, corporate, representative or otherwise, of

18  Defendants named herein this claim and DOES 1 through 100, inclusive, are unknown to Movant

19  who therefore sues said Defendants by such fictitiously names. Movant is informed and believes

20  and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for

21  the occurrences herein alleged and that Movant damages as herein alleged were proximately caused

22  by said Defendants. [Hereinafter, SHANELLE HAMLIN, TERRIE HARDY, LOS ANGELES

23  COUNTY CHILD SUPPORT TITLE VI-D AGENCY, LOS ANGELES COUNTY, JACQUES C

24  ADRIEN, E*TRADE SECURITIES LLC FROM MORGAN STANLEY and DOES 1 through 100,

25  will be collectively referred to as "Defendants".]

26  5. At all times mentioned herein, all Defendants was an agent, servant and employee of the other

27  Defendants mentioned herein; that at all times, each of said Defendants was acting within the

28  course and scope of said agencies, service and employment.

29

30

31

32

33

34  **Writ Affidavit of Statements of Claim**

35

Claim Conspiracy Against Rights 18 U.S.C 242, Deprivation of Rights under Color of Law 42 U.S.C 241,
Constitution of California, Article I section 7(a) and 15 U.S.C §1692e. False or misleading representations
Torts § (fraud and deceit); § (abuse of process), California Civil Procedure § 720.240; § 720.230

1   **Conspiracy Against Rights 18 U.S.C § 241, Deprivation of Rights under Color of Law 18**
2   **U.S.C 242, 15 U.S.C §1692(e) False or misleading representations, Procedural Due Process**
3   **Constitution of California, Article 1 section 7(a), Coercion RCW 9A.36.070 (1); 9A.04.110**
4   **(28)(j) and Torts § (fraud and deceit); § (abuse of process);**

5   Through False Representation, Conspiracy and Operation of Non-Positive Law, Administrative
6   failure of notice and Due Process of judicial procedures I have been denied and deprived of my
7   rights to Due Process of Administrative and Judicial Procedures, **Deprivation of Rights under**
8   **Color of Law 18 U.S.C 242. Goldberg vs. Kelly (1970) 397 U.S 254** "Foundational Requirements
9   of fair state agency administrative adjudication", **Constitution of California, Article 1 section 7(a)**
10  "A person may not be deprived of Life, Liberty, or Property without Due Process of Law or denied
11  equal protection of the Law." If there is to be a fair hearing, it must occur before an impartial,
12  tribunal, presided over by an impartial judge, who will review the evidence and refrain from making
13  a decision based on matters that are not properly presented during the processing.
14  **Withrow vs. Larkin (1975) 421 U.S 35.**

15

16  The Title VI-D contractual agency is subject to **UCC's. United State vs. Bongiorno 106 F3d**
17  **1027 1032 (1ˢᵗ Cir 1997)** "State-court-imposed child support orders are "functionally equivalent to
18  interstate contracts", rejecting the idea that child support payment obligations are somehow a
19  "different" kind of debt". **U.S vs. Faasse, 263 F.3d 475 (6th Cir Michigan 2001)** "Child Support is
20  a debt under the Commerce Clause." Due to Title VI-D enforcement of forced association it has
21  violated **RCW 9A.36.070 (1); 9A.04.110 (28)(j) Coercion** and UCC **3-305(a)(1) (ii)** duress, lack
22  of legal capacity, or illegality of the transaction which, under other law, nullifies the obligation of
23  the obligor, (iii) fraud that induced the obligor to sign the instrument with neither knowledge nor
24  reasonable opportunity to learn of its character or its essential terms.

25  After the Duty to Respond to Requests for the contractual agreement under **(UCC 9-210)**
26  September 14, 2021 was not met, under Obligation of Good Faith **(UCC 1-203, 2-103 (1)(b))** an
27  affidavit of Default was send on October 28, 2021 and any and all contractual agreement became
28  Null and Void thereafter. Fraud in the **ESSE CONTRACTUS (UCC 3-305(a)(1)(iii))**. Defendants
29  failed to present a valid contract for case BY0678837 upon request and failed to send proper
30  procedural notice before levying E*TRADE accounts in 2013 and again in 2022. **Mullane vs.**
31  **Central Hanover Bank (1950) 209 Cal. App 3d 568.** "Notice reasonably calculated interested
32  parties of the pendency of the action and afford the opportunity to present their objections."
33  (Attachment Statute) **Randone vs Appellate Department (1971) 5 Cal. 3d 536** "The
34  prejudgment attachment of Movant property without notice and a judicial hearing violates Movant
35  rights to Due Process", **California Civil Procedure § 720.240; § 720.230,** and **18 U.S.C § 894**
36  **(a)(1)(2) Collections of extensions of credit by extortionate means.**

4
Claim Conspiracy Against Rights 18 U.S.C 242, Deprivation of Rights under Color of Law 42 U.S.C 241,
Constitution of California, Article 1 section 7(a) and 15 U.S.C §1692e. False or misleading representations
Torts § (fraud and deceit); § (abuse of process), California Civil Procedure § 720.240; § 720.230

The Conspiracy Against Rights which the Defendants under provisions of non-positive color of law has been commented and conspired through Deprivation of Rights under Color of Law. By conspiring with various corporation such as the Department of Motor Vehicles used to threaten the livelihood of Movant, The department of Health and Human services to oppress the livelihood of Movant, Peace Officer Agencies and Financial Institutions to deprive Movant of their property and Secured Rights by the UCC, Constitution for United States, Treaties and Laws of the Land. June 4, 2017 United States department of State denial of passport, February 2, 2018 License suspension, the order of operations for which the Defendants conducted its actives is a violation of **Conspiracy Against Rights 18 U.S.C § 241**, Obligation of Good Faith. (UCC 1-304) "Mandates good faith in the performances and enforcement of agreements." **Torts § (fraud and deceit); Torts § (abuse of process)** "The malicious prosecution of a case, improperly continued, may also constitute an abuse of process". **Routh Wrecker Serv Inc. vs Washington (1998) 335 Ark 232 238–39 980 S.W.2d, California Civil Code - CIV § 1710** "the suppression of a fact, by one who is bound to disclose it, or who gives information or other facts which are likely to mislead for want of communication of that fact", **Due Process Clause under Constitution For United States Fifth and Fourteen Amendment, and Constitution of California Article 1 section 7(a).** Defendant has subjected the Movant under Conspiracy, Duress, Coercion without Due Process against Movant will and Consent to:

1) High-Volume Automated Administrative Systems and,

2) Proactive Matching, Federal Parent Locator Service and,

3) State Parent Locator Service and,

4) National Directory of New Hires and

5) State Directory of New Hires and,

6) New Hire Reporting and

7) Multistate Financial Institution Data Match and,

8) The Uniform Interstate Family Support Act.

**U.S vs. SAGE 92 F 3d 101 (2d Cir 1996)** "The Child Support Recovery Act-1992 is invalid as it goes beyond the constitutional power of congress to enact." The Defendants activities arise out of operation of Provisions in the manner of which liabilities were developed upon Movant by mere application of fraud non-positive Color of law. The Defendants enforcement of 42 U.S.C Public Welfare, Regulations to Public Welfare and Title 45 CFR Subtitle B Chapter III without Movant consent and against Movant will. The results of the Defendants enforcement procedures through fraud and operation of "Provisions" is a violation of **Torts § (fraud and deceit); § (abuse of process)** "The malicious prosecution of a case, improperly continued, may also constitute an abuse of process". **Routh Wrecker Serv Inc. vs Washington (1998) 335 Ark 232 238–39 980 S.W.2d 240 243."**

1   15 U.S.C §1692(e) False or misleading representations, California Civil Procedure § 720.240;

2   § 720.230, and the Due Process Clause under Constitution of California, Article 1 section 7(a),

3   Constitution For United States Fifth and Fourteen Amendment and Treaty of Peace and

4   Friendship, and has:

5   1) deprived the Movant of the right to be equal and,

6   2) deprived the Movant of the right to equal protection of the law and,

7   3) deprived the Movant of the right to immunity from a bill of attainder and,

8   4) deprived the Movant of the right not to associate and,

9   5) deprived the Movant of the right to enjoy life, seek and obtain happiness and,

10   6) deprived the Movant of the right to travel and,

11   7) deprived the Movant of the right to trial by jury and,

12   8) deprived the Movant of the right to defense of property and,

13   9) deprived the Movant of the right of life, liberty, property and,

14   10) deprived the Movant of the rights to procedural due process of law and,

15   11) deprived the Movant of the right to be free and,

16   12) deprived the Movant of the status of a Sovereign Being

17

18   **Damages**

19     Punitive or exemplary damages for the lose opportunity and future profits of 1,112,000

20   Securities/Stocks, damages of $1,000,000 in liabilities. Relief is want in Ten ounce Gold Eagle/

21   Silver coins or Crypto Currency/Bit Coin in lued of Federal Debt Notes lawful U.S. money as per

22   {Article I section 10}, 12 U.S.C 411 is sought due to Torts § (fraud and deceit); § (abuse of process)

23   The malicious prosecution of a case, improperly continued, and a abuse of process, Constitution of

24   California, Article 1 section 7(a) "A person may not be deprived of Life, Liberty, or Property

25   without Due Process of Law or denied equal protection of the Law" and 15 U.S.C §1692(e) False or

26   misleading representations and Stare Decisis: Unrefuted Allegations Stands as true. Writ of

27   Contractual Agreement was send February 17, 2017, June 5, 2017 Request for Resolution was never

28   met, March 31, 2018 certified mail, Writ in the Nature of Discovery and Disclosure September 14,

29   2021 certified mail #70220640000201090126 was never met and Writ in the Nature of Default was

30   send October 26, 2021 certified mail #70191120000176331844. California Civil Code - CIV § 1710

31   "the suppression of a fact, by one who is bound to disclose it, or who gives information or other

32   facts which are likely to mislead for want of communication of that fact." Deprivation of Rights

33   under Color of Law 18 U.S.C § 242 the denial of Life, Liberty, Property, and Due Process,

34   Conspiracy Against Rights 18 U.S.C § 241, California Civil Procedure § 720.240; § 720.230. The

35   theft and sale of personal Securities/Stocks E*TRADE SECURITIES LLC of 122,000

6
Claim Conspiracy Against Rights 18 U.S.C 242, Deprivation of Rights under Color of Law 42 U.S.C 241,
Constitution of California, Article 1 section 7(a) and 15 U.S.C §1692e. False or misleading representations
Torts § (fraud and deceit); § (abuse of process), California Civil Procedure § 720.240; § 720.230

Securities/Stocks December 31, 2013, The denial of secured rights under the Constitution for United States Due Process, denial of travel under Duress, Threat and Coercion. June 4, 2017 United States department of State denial of passport, February 2, 2018 License suspension and August 2022 levy placed 990,000 Securities/Stocks on E*TRADE FROM MORGAN STANLEY account without Procedural Due Process, The theft and sale of personal Securities/Stocks on October 25, 2022 **(Attachment Statute) Randone vs Appellate Department (1971) 5 Cal. 3d 536.**

## **PRAYER FOR RELIEF**

**Movant Prays:**

That SHANELLE HAMLIN, TERRIE HARDY, LOS ANGELES COUNTY CHILD SUPPORT TITLE VI-D AGENCY, LOS ANGELES COUNTY, JACQUES C ADRIEN and E*TRADE SECURITIES LLC FROM MORGAN STANLEY and DOES 1 through 100 and their officers, directors, agents, employees, and successors and all other persons acting or claiming to act on their behalf be enjoined and LIABLE for all damages occurred and RESTRAINED from, in any manner, directly or indirectly, the continuing, maintaining, or renewing the alleged combination and conspiracy, or from engaging in any other combination, COERCION, CONSPIRACY, contract, agreement, understanding or concert of action having a similar purpose or effect, and from adopting or following any practice, plan, program, or device having a similar purpose or effect to do with Movant Livelihood.

**This said Legal Notice to Principal is a Legal Notice to Agent; and this Legal Notice to Agent is a Legal Notice to Principal. UCC 1-202(e)(2)**

Willie-Jay:Smith-Bey III

Willie-Jay:Smith-Bey III, Authorized Representative
Natural Person, In Propria Persona, Moorish American:
Ex-Relations WILLIE JAY SMITH III All Rights Reserved:
U.C.C. 1-207 U.C.C. 03; U.C.C 3-505; U.C.C 2-207;
U.C.C 1-308 2722 s Hobart blvd Los Angeles, California
Territory [90018] Non-Domestic United State Republic

7

Claim Conspiracy Against Rights 18 U.S.C 242, Deprivation of Rights under Color of Law 42 U.S.C 241,
Constitution of California, Article 1 section 7(a) and 15 U.S.C §1692e. False or misleading representations
Torts § [fraud and deceit]; § [abuse of process], California Civil Procedure § 720.240; § 720.230

 Exhibit A



## Moorish Americans
Aboriginal and Indigenous Natural Peoples of Northwest Amexem
Northwest Africa / North America / 'The North Gate'

# Writ in the Nature of Discovery and Disclosure

**From**: Willie-Jay:Smith III
Homeless
United States Republic, North America
Non-Domestic

ATT: SHANELLE HAMLIN
**To**: CHILD SUPPORT SERVICES DIVISION II
3779 west temple avenue
Pomona  CA   90040
United States Republic, North America

Case Number: BY0678837
**Discovery and Disclosure**:September 1.1441M-C
U.S.A-C September 1, 2021

**PAY ATTENTION TO REQUEST DATES**:
**Mailing Date:** March 16, 2018 U.S-C
**First Request Send:** Jan 10, 2018 U.S-C
**Via:** U.S Postal certified mail
 # 7016 1970000122100104
**Second Request Send: Feb 17, 2018**
**Via:** U.S Postal certified mail
 #70173040000004118174
**Third Request Send: Mar 2, 2018**
**Via:** U.S Postal certified mail
 #70160910000225965663
**To: Child Support services Division I**

   **Please mail or deliver to**  willie-Jay:Smith III  . the following evidence: Produce the Originals or **Certified** and **Verified Official Copies** of the **Original Contracts for** Case Number: BY0678837  - **Related Documents** (papers, electronic and E-Mails, etc.,) as stipulated by law. All of these Contracts for Case Number: BY0678837-related instruments adversely affect the associated 'Case' Number BY0678837. CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlinare 'Requested' to schedule a timely **Meeting** and opportunity for me, my **Consul**, and /or my **CPA** to make a thorough **Physical Inspection** of the **following Contracts for Case Number: BY0678837 – related Documents,** so as to enable willie-Jay.Smith III  and his or her Consul, or CPA to physically Examine; to Verify; to Confirm; and to Witness the same for the Record.

   **This is a Lawful Demand and Request.** and is hereby issued under the '**Rules of Discovery**' and forwarded to CHILD SUPPORT SERVICES DIVISION or its Assigns, according to Law and the '**Disclosure Rules'**. This Request is forwarded to CHILD SUPPORT SERVICES DIVISION .and its Agency Personnel Ms. Hamlin, and its Assigns; giving them Notice, and to inform them to set and arrange for a timely Meeting. The Meeting shall be set and concluded to effectuate the above - stated **Physical Examinations** and **Witnessing** of the requested **Documents**; with the same being orderly

arranged, satisfied and concluded within Twenty (20) Days of the Receipt of this **'Notice of Discovery and Disclosure'**.

CHILD SUPPORT SERVICES DIVISION   and its Representatives or its Assign Ms. Hamlin are requested, **'For The Record'** to produce the following **Records, Information** and **Documents** related to the **Contracts for Case Number: BY0678837**, noted with the Case Number: BY0678837; and the related Case Number: BY0678837, which is in controversy. The Discovery is to include of all the interdependent, inter-related, and associated Instruments attached thereto, and covering all the associated files from the initiation of the Contracts for Case Number: BY0678837 up and unto the present:

1.   CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin are hereby 'Requested' to produce the **'Original Contracts '** as lawful proof and evidence (exposing the front and the back) and marked with the Case Number: BY0678837, with clear signatures made and evidence associated with the **Original Contracts for Case Number: BY0678837**, indicating the exchange of **Substance** or **Specie** alleged to have been issued from CHILD SUPPORT SERVICES DIVISION, Agency or Persons and given to the willie-Jay:Smith III .

2.   CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin are hereby 'Requested' to produce any **'Allonge'**; any **'Bill of Exchange'**; and any other **'Contracts '** (exposing the front and the back) complete with any **'Affixations'** or **'Allocations'** attached to the original **'Owner's Contracts '** and used for **'Endorsements'**.

3.   CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin are hereby 'Requested' to produce all **Bookkeeping Journal Entries** associated with the **Contracts for Case Number: BY0678837** bearing the Case Number: BY0678837 and given to the Owner willie-Jay:Smith III . Include the complete names, the addresses, the locations, and the business contacts of all the acting Trustee(s) and / or the Surety Holders.

4.   CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin are hereby 'Requested' to produce and to reveal the **'Loan'** associated with the **Original Contracts for Case Number: BY0678837** issued from your Bank / Agency / Company / or Representative(s); and reveal all other notes related in any way to the estate of willie-Jay:Smith III .

5.   CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin are hereby 'Requested' to produce evidence of the 'Loan' that's associated with the **Contracts for Case Number: BY0678837** bearing the Case Number: BY0678837.

6.   CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin are hereby 'Requested' to produce all **'Call Reports'** and any other related **'Notes'** or instruments made or constructed for the entire period covering the **Contracts for Case Number: BY0678837**.

7.   CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin are hereby 'Requested' to produce evidence of the original **'Loan'** issued for the **Deposit** associated with the **Contracts for Case Number: BY0678837**.

8.   CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin are hereby 'Requested' to produce the full and complete **'Name'** and the **'Address'** of the current **'Holder'** of the **'Loan'** associated with the **Contracts for Case Number: BY0678837**.

9   CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin are hereby 'Requested' to produce the full and complete **'Names'** and the **'Addresses'** of the **'Lender's**

4

CPA and 'Auditor' or any other holder or record - keeper for the entire period covering the **Execution** of the **Loan** or **Contracts for Case Number: BY0678837.**

**This Writ** shall stand as firm and 'Lawful Evidence' of willie-Jay:Smith III exercising his or her 'due process' right to **Discovery** and **Disclosure;** and establishes 'For The Record' an honorable and 'Good Faith' attempt on his or her part to clear up any flawed entries: any **insensate misrepresentations;** or any other mis-prints, mistakes, or **confusion** concerning his or her intent to make clear, unvarnished, and corrective **resolutions** in this **Contract for Case Number: BY0678837.**

I willie-Jay:Smith III am prepared to meet with you, or your authorized Child Support Representative(s), or Assign Ms. Hamlin forthwith. I will have attentive **Consul / Council** and **Witnesses** present, **for the Record.** CHILD SUPPORT SERVICES DIVISION and its Representative(s) or its Assign Ms. Hamlin have claimed to be a 'Secured **Party-of-Interest'** in the 'Contracts for Case **Number: BY0678837.** Therefore the requisite, obligatory, documented and preserved records of the same are required by law.

A failure or any avoidance of complete answers by your Bank, Company, or Contracts for Case Number: BY0678837. Officer(s) of CHILD SUPPORT SERVICES DIVISION or its Assign Ms. Hamlin to 'Respond' to this lawful **Writ,** and a failure to responsibly answer all 9 of the clearly – specified, for the Contract for Case Number: BY0678837 – related requests herein listed, will be considered an affirmation that your Bank or Company Representative(s) have 'No Interest' and 'No Claims' in the **Contracts for Case Number: BY0678837** matter at hand. CHILD SUPPORT SERVICES DIVISION or Company Representatives are required to answer this **Writ / Request** completely; and are to complete and return the same within the **allotted Twenty (20) days** of **Receipt** of this lawful 'Writ in the Nature of Discovery and Disclosure'. Any acts of diversion, redirection, or an incomplete or non-answered Response will be considered as an affirmation of disingenuous intent. And the said failure of Response to any or all of the specific nine (9) above - noted issues shall constitute willful 'Non-Disclosure' and **Default.** Such a failure of full Response will be deemed a 'Dishonor' and a non-answer of this Notice and **Demand** for **Discovery** and **Disclosure;** voiding all and any claims made by CHILD SUPPORT SERVICES DIVISION or by its Representatives, Agents or Assigns.

**This said Legal Notice to Principal is a Legal Notice to Agent; and this Legal Notice to Agent is a Legal Notice to Principal.**

Sincerely Yours.

I Am: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name: Natural Person, In Propria Persona, Authorized Representative.
All Rights Reserved UCC 1-308

Witness: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name: Natural Person, In Propria Persona, Authorized Representative.
All Rights Reserved UCC 1-308

**NOTARY STAMP SIGNATURE:**

ANDRE RICHARDSON II
Notary Public · California
Los Angeles County
Commission # 2280961
My Comm. Expires Mar 14, 2023

5

CERTIFIED MAIL # 7020 0640 0002 0109 0126

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: SHANELLE Hamlin
DIVISION II
CHILD SUPPORT SERVICES DEPT.
3179 WEST Temple AVENUE
POMONA, California 91768

9590 9402 6071 0125 3269 53

7020 0640 0002 0109 0126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X COVID
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

*Discovery and Disclosure*

Exhibit A

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ ___ Delivery
☐ ___ Mail
☐ ___ Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: SHANELLE HAMLIN
DIVISION III   CSSD
3179 WEST Temple AVENUE
POMONA, California 91768

9590 9402 4627 8323 9424 93

2. Article Number (Transfer...)
7019 1120 0001 7633 1844

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X COVID
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Default

Exhibit B

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ ___ Delivery Restricted Delivery
☐ ___ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Exhibit B



# Moorish Americans
### Aboriginal Natural Peoples of the Land – North America / Northwest Amexem

## Affidavit of Fact
### Notice of Default Judgment

ATT: SHANELLE HAMLIN CSS II
To: CHILD SUPPORT SERVICES DIVISION III
    3179 west temple avenue
    Pomona CA  991768
    United States Republic, North America
    October 26, 2021

RE: PAY ATTENTION TO REQUEST DATES: January 10, 2018 to 2021 United States Republic Postmaster Article No:

**Affidavits of Discovery: First Request Send:** Jan 10, 2018 U.S-C **Via:** U.S Postal certified mail  # 7016 1970000122100104 **Second Request Send: Feb 17, 2018 Via:** U.S Postal certified mail  #7017304000004118174 **Third Request Send: Mar 2, 2018 Via:** U.S Postal certified mail #70160910000225965663 Request for Complaint Resolution March 31, 2018 **To: Child Support services Division Via:** U.S Postal certified mail # 7020 0640 0002 0109 0126 Request for Complaint Resolution September 14, 2021.

You were advised that certain documentation was requested to make a physical inspection to prepare a defense. You were advised to provide the requested information in order that I may study all evidence regarding this matter within Twenty (20) days of the receipt of the **Notice of Discovery.**

Per the United States Republic Postmaster the request was received by CHILD SUPPORT SERVICES DIVISION September 14, 2021.  Deadline for receipt of documentation was October 9,2021 .

As this request has not been Honored  – this notice of default judgment is being submitted and all claims, petitions, suits, fillings of levies with any third party corporations regarding Civil Case # BY0678837 are to be dismissed within ten (10) days of receiving this Default and record of closure should be certified mail to Willie-Jay:Smith-Bey III © at 1178 North Madison Avenue suite # 205 Los Angeles California Territory 90029. SHANELLE HAMLIN CSS II Failure to comply will result in a Law Suit.

Denial of Discovery is in direct violation of my Constitutionally Secured Rights to "**Due Process of Law**" which is a direct violation of *The 5ᵗʰ Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.*

*"Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense, to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."*

Page 1 of 2

"If any question of fact or liability be conclusively presumed against him, *this is not due process of law.* Zeigler v. Railroad Co., 58 Ala. 599."

"In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are **void** under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void")."

Centralized Small Claims *is not an Article III court; and has no delegated jurisdiction / authority under the Supreme Law of the Land, and unconfirmed by the Congress of the United States.*

"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."

"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially. Thompson v. Smith, 154 SE 583."

". . . Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational. ASIS v. US, 568 F2d 284."

"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities. Burns v. Sup., Ct., SF, 140 Cal. 1."

I, Willie-Jay:Smith-Bey III, Natural Person, In Propria Persona, do not, under any condition or circumstance, by threat, duress, or coercion, waive any Inalienable rights that are Secured by the Constitution or Treaty, and, hereby requests this Title IV D Corporation preserve the rights of this Moorish Americans Willie-Jay:Smith III and carry out the closing of this case # BY0678837

**This said Legal Notice to Principal is a Legal Notice to Agent; and this Legal Notice to Agent is a Legal Notice to Principal. UCC 1-202**

Thank You,

Willie-Jay:Smith-Bey III (c)
Ex-Relational WILLIE JAY SMITH/
All Rights Reserved. UCC 1-207/1-308; UCC 1-103 UCC 9-210

**NOTARY STAMP SIGNATURE:**
SEE ATTACHED JURAT

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF __Los Angeles__ }

Subscribed and sworn to (or affirmed) before me on this __26th__ day of __October__, __2021__.

by __Willie Smith III__

_Name of Signers_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
_Signature of Notary Public_

ANDRE RICHARDSON II
Notary Public - California
Los Angeles County
Commission # 2280963
My Comm. Expires Mar 14, 2023

Seal
Place Notary Seal Above

---------------------- OPTIONAL ----------------------

_Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: __Affidavit of Fact__

Document Date: _____

Number of Pages: __2__

Signer(s) Other Than Named Above: _____

Exhibit C

All Statements and Documents will be up held to fullest extent of the law under 18 USCA § 1001.

# Moorish Americans

### Aboriginal and Indigenous Natural Peoples of Northwest Amexem

### Northwest Africa / North America / 'The North Gate'

### Writ in the Nature of Discovery and Disclosure

## DOCUMENTS TO BE PRODUCED

### By County of Los Angeles Child Support

1. Please provide the actual contract upon which your complaint is based on.

2. Please provide a contract, agreement, assignment, or other means of demonstrating that the County of Los Angeles Child Support Service has the authority and Jurisdiction legally entitled to collect on the alleged debt.

3. Please furnish reasonable proof, such as an original, or copies of the signed agreement or signed agreement that grants jurisdiction to execute the alleged debt.

4. Please provide a copy of the assignment between County of Los Angeles Child Support Service and Willie-Jay:Smith.

5. Please provide evidence /proof of Willie-Jay:Smith alleged debt to County of Los Angeles Child Support Service , including specifically the alleged contract, between County of Los Angeles Child Support Service  and Willie-Jay:Smith III  or any other instrument constructed solely for the purpose of creating a loan agreement between County of Los Angeles Child Support Service  and Willie-Jay:Smith III  bearing Willie-Jay:Smith III 's signature and/or please produce the contract that legally requires the defendant to pay the amount entered into complaint and proof of Jurisdiction.

6. Please provide the original or copy of the account agreement that states interest rate, grace period, finance charge, assignment, and specifically the state laws that the agreement and account are governed plus jurisdiction and other important facts.

7. Please provide copies of the amount paid and/or the consideration due for the alleged contract/account.

All Statements and Documents will be up held to fullest extent of the law under 18 USCA § 1001.

All Statements and Documents will be up held to fullest extent of the law under **18 USCA § 1001.**

8. SHANELLE HAMLIN please provide an itemized account of all transactions mentioned in Interrogatory Number 6,12,13 and 15.

9. SHANELLE HAMLIN Provide the record of assignment that displays the information in Interrogatory Writ in the Nature of Discovery and Disclocsure.

10. SHANELLE HAMLIN please provide all copies of manuals, procedures, and protocols used by County of Los Angeles Child Support Service regarding communication with Willie-Jay:Smith III regarding purchased debt.

11. SHANELLE HAMLIN please provide evidence of authorization of County of Los Angeles Child Support Service to do business, create loans, issue or extend credit, collect debts and/or operate in the state where County of Los Angeles Child Support Service conducts their business.

12. SHANELLE HAMLIN please provide evidence of authorization of County of Los Angeles Child Support Service jurisdiction to do business, create loans, issue or extend credit, collect debts and/or operate as a financial business in the State of California.

13. SHANELLE HAMLIN please provide a document or document(s) that proves you did send Willie-Jay:Smith III  a notification of assignment of the account or assignment of rights.

14. SHANELLE HAMLIN please attach any and all notices sent to Willie-Jay:Smith III by County of Los Angeles Child Support Service  in regards to account announcing transfer and/or assignment of debt from County of Los Angeles Child Support Service  to any collection agency.

15. SHANELLE HAMLIN please attach a copy of the agreement with County of Los Angeles Child Support Service that grants agents the jurisdiction and authority to collect this alleged debt.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on the 1 the day of September 2021
to CSSD Division II
3179 West Temple Avenue
Pomona Calif 90040.

Willie – Jay Sm th

All Rights Reserved UCC 1-308

E*TRADE - Upload Document

https://us.etrade.com/etx/hw/customerservice/uploaddoc#!/upload

**DOW** ▲0.01%　　　　　　　NASDAQ ▼-2.04%　　　　　　　S&P 500 ▼-0.74%

Exhibit D

Log Off

# Customer Service

Home　　Message center　　Contact us　　Upload documents

## ✓ Your document(s) have been successfully uploaded

Processing times may vary, depending on your request. Please review your alerts and the Customer Service Home tab for updates.

### Upload details

🖶 Print

| | |
|---|---|
| Reference number | 22938657883881 |
| Date/time of upload | October 26, 2022 09:24:22 PM EDT |
| Account | MrSmithBey -0825 |
| Documents uploaded | Writ in the Nature of Discovery and Disclosure e Trade 2022.pdf |

**Continue to E*TRADE**

Check the background of E*TRADE Securities LLC on FINRA's BrokerCheck and see E*TRADE Securities LLC and E*TRADE Capital Management LLC Relationship Summary.

Investment Products · Not FDIC Insured · No Bank Guarantee · May Lose Value

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.

Securities products and services offered by E*TRADE Securities LLC, Member SIPC. Investment advisory services offered by E*TRADE Capital Management, LLC, a Registered Investment Adviser. Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA. Bank products and services offered by Morgan Stanley Private Bank, National

California State Transportation Agency  Exhibit E

**DEPARTMENT OF MOTOR VEHICLES**



STATE LICENSING MATCH SYSTEM

REQUEST FOR REVIEW

WILLIE JAY SMITH III
2722 SOUTH HOBART BLVD
LOS ANGELES, CALIFORNIA 90018

DEPARTMENT OF MOTOR VEHICLES
LICENSE #:  B5548127

AUG 24, 2021

CASE #:  0370022881061
LOS ANGELES
DEPARTMENT OF CHILD SUPPORT

RETURN ONLY THE SERVICE OF ORDER TO THE DEPARTMENT OF MOTOR VEHICLES IN THE ENCLOSED
ENVELOPE.  THE REQUEST FOR REVIEW MUST BE SENT DIRECTLY TO THE LOCAL FAMILY SUPPORT
AGENCY LISTED ABOVE.

IF YOU DO NOT AGREE WITH THE ACTION TO SUSPEND YOUR DRIVING PRIVILEGE, YOU MAY ASK THE
LOCAL FAMILY SUPPORT AGENCY LISTED ABOVE TO REVIEW YOUR CHILD SUPPORT CASE.  YOU MUST
REQUEST A REVIEW BY SETTING FORTH THE REASONS YOU DISAGREE WITH THIS ACTION IN THE SPACE
PROVIDED BELOW.  YOU MUST MAIL YOUR REQUEST FOR REVIEW TO THE LOCAL FAMILY SUPPORT AGENCY
LISTED ABOVE AS SOON AS POSSIBLE SO THAT YOUR CASE CAN BE REVIEWED BEFORE THE EFFECTIVE
DATE OF THE SUSPENSION.  NO DRIVING EXTENSION CAN BE GRANTED.

SOME POSSIBLE REASONS WHY YOU MAY DISAGREE WITH THIS ACTION ARE:  NO SUPPORT JUDGMENT WAS
ENTERED AGAINST YOU; BANKRUPTCY LAWS IN EFFECT AT THE TIME OF YOUR FILING FOR BANKRUPTCY
DISCHARED YOUR SUPPORT OBLIGATION; OR, YOU DO NOT OWE DELINQUENT CHILD SUPPORT.

YOU MAY ALSO REQUEST BELOW THAT THE LOCAL FAMILY SUPPORT AGENCY ESTABLISH A PAYMENT
SCHEDULE FOR YOU TO REPAY YOUR UNPAID CHILD SUPPORT OBLIGATION IF CIRCUMSTANCES WARRANT.

THIS ACTION IS WARRANTED UNDER WELFARE AND INSTITUTIONS CODE SECTION 11350.6.

REASONS WHY I DISAGREE WITH THIS ACTION ARE:  (ATTACH ADDITIONAL SHEETS IF NECESSARY.)

I deny all allegations presented in this notice. I'm
Requesting under The Penalty of Perjury the proof a valid
Contractual agreement of obligation, "see ATTached sheets"

SIGNATURE: Willie-Jai-Smith-Bey II ©          DATE: 09/01/1441 M-C

09/01/2021 U.S-C

All Right's Reserved   UCC 1-308
CERTIFIED MAIL # 7020 0640 0002 0109 0126
USPS TRACKING# 9590 9402 6071 0125 3269 53

21229  6388.3
DU3/1010900/

Yahoo Mail - E*TRADE Appointment Request                    https://mail.yahoo.com/d/folders/2?guce_referrer=aHR0cHM6Ly9tYWls...

Exhibit F II

## E*TRADE Appointment Request

From:  Willie Smith (willie_smith42@yahoo.com)

To:    mike.n.feuer@lacity.org; shanelle_hamlin@cssd.lacounty.gov; jcurcio19@hotmail.com;
       john.curcio@etrade.com; aday3166@gmail.com; cestep25@gmail.com; cservice@cssd.lacounty.gov;
       jason.j.lorenz@gmail.com; jlorenz6@its.jnj.com

Date:  Sunday, August 28, 2022 at 11:07 AM PDT


Hello, I would like to request an appointment with E*TRADE.  I would like to discuss: The Levy on my account
without proof of obligation to a third party for the debt.

18 U.S. Code § 894 - Collection of extensions of credit by extortionate means (a) Whoever knowingly participates
in any way, or conspires to do so, in the use of any extortionate means (1) to collect or attempt to collect any
extension of credit, or (2) to punish any person for the non-repayment thereof, shall be fined under this title or
imprisoned not more than 20 years, or both.


 Form col E Trade..pdf
480.5kB

 Law suit for Due Process.pdf
559.1kB

 Discovery and Default.pdf
3.6MB

Exhibit 6

 Subscribe to Our Newsletter      Enter your em    Subscribe

 **ROB BONTA**
*Attorney General*

# Consumer Complaint Against A Business/Company

Consumer Complaint Against A Business/Company

/ *Consumer Complaint Against A Business/Company*

Thank you, your submission has been sent.

A copy of your submission is shown below. Please use your browser Print function to print this page for your records.

Please be advised that our office cannot represent individual citizens in legal matters, and cannot give individuals legal advice.

If you need legal assistance, we suggest that you contact a private attorney. You may obtain a referral to a certified lawyer referral service by contacting the State Bar at 866-442-2529 (toll-free in California) or 415-538-2250 (from outside California), or via the State Bar website.

If you cannot afford a private attorney, you may consider contacting your local legal aid office. For a referral, visit the Legal Services Corporation and click on the Find

Legal Aid tab.

If you have information about a crime, please report the matter locally to the police department or sheriff's office. For contact information, visit the California Law Enforcement Agencies page and click on your city or county law enforcement agency.

Although we do our best to respond to all e-mails as quickly as possible, due to high volume, it is possible to experience a delay. We thank you for your patience.

PUBLIC INQUIRY UNIT


Data you submitted:

Your Information

First Name Willie-Jay

Middle Initial

Last Name Smith-Bey III T.D.C

Address Line Homeless

Address Line 2

City Los Angeles

State California

Zip Code 90037

(+4)

Email Address willie_smith42@yahoo.com

Confirm Email Address willie_smith42@yahoo.com

Area Code

Phone Number 2139521


Business Information (Complaint Against):

Company Name SHANELLE and TERRIE HARDY LOS ANGELES CHILD SUPPORT

SERVICE CSSD

Company Address 5770 S. Eastern Avenue

Company City Commerce

Company State California

Zip Code 90040

(+4)

Area Code 323

Phone Number 8893400


Your Comments

Comment

Conspiracy Against Rights 18 U.S.C § 241, Deprivation of Rights under Color of

Law 18 U.S.C 242 and 15 U.S.C §1692e. False or misleading representations.


Additional Information About You (optional)

Do you have a disability? (optional) No

Age Range (optional) 40 - 49

Are you a member of the U.S. Armed Forces or a dependent: No

Military Status

Statement

I affirm that the foregoing information is true and accurate Yes

By filing this complaint, I authorize you to send this complaint to the party named, and for that party to communicate, including disclosure of non-public personal information, with the Attorney General's office concerning this complaint.

Yes

Attorney General's Role

Return to the Comment form

 Exhibit I

## Legal Document Request for E*TRADE FROM MORGAN STANLEY

From:  Willie Smith (willie_smith42@yahoo.com)

To:      hmilstein@sheppardmullin.com; robert.hempstead@etrade.com; brentwoodbranch@etrade.com

Date:  Wednesday, October 26, 2022 at 06:27 PM PDT

 Writ in the Nature of Discovery and Disclosure e Trade 2022.pdf
309.6kB

Exhibit II

## Fw: ATT: Terrie Hardy, Director

From:  Willie Smith (willie_smith42@yahoo.com)

To:  cservice@cssd.lacounty.gov

Date:  Saturday, May 7, 2022 at 05:40 PM PDT

### ATT: **Terrie Hardy, Director**

**TITLE 15—§ 1666**
**COMMERCE AND TRADE PART D—CREDIT BILLING**
**§ 1666. Correction of billing errors**
(a) Written notice by obligor to creditor; time for
and contents of notice; procedure upon receipt of notice by creditor

**(A)** not later than thirty days after the receipt of the notice, send a written acknowledgment thereof to the
obligor, unless the action required in subparagraph (B) is taken within
such thirty-day period.

**(e)** Effect of noncompliance with requirements
by creditor Any creditor who fails to comply with the requirements of this section or **section 1666a** of
this title forfeits any right to collect from the obligor the amount indicated by the obligor
under paragraph (2) of subsection (a) of this section, and any finance charges thereon, except
that the amount required to be forfeited under this subsection may not exceed $50.

----- Forwarded Message -----
**From:** Willie Smith <willie_smith42@yahoo.com>
**To:** cservice@cssd.lacounty.gov <cservice@cssd.lacounty.gov>
**Sent:** Wednesday, April 20, 2022, 08:19:03 PM PDT
**Subject:** ATT: Terrie Hardy, Director

### 15 U.S.C §1692e. False or misleading representations

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the
collection of any debt. Without limiting the general application of the foregoing, the following conduct is a
violation of this section:

(1) The false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the
United States or any State, including the use of any badge, uniform, or facsimile thereof.

(2) The false representation of—

(A) the character, amount, or legal status of any debt; or

(B) any services rendered or compensation which may be lawfully received by any debt collector for the
collection of a debt.

(3) The false representation or implication that any individual is an attorney or that any communication is from an
attorney.
(4) The representation or implication that nonpayment of any debt will result in the arrest or imprisonment of any
person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such
action is lawful and the debt collector or creditor intends to take such action.

(8) Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

## (9) The use or distribution of any written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval.

(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.



Discovery and Default.pdf
3.6MB

Yahoo Mail - Fw: Legal Document Request for E*TRADE FROM M...          https://mail.yahoo.com/d/folders/2/messages/354200/AFy8COlnWhSzY...



## Fw: Legal Document Request for E*TRADE FROM MORGAN STANLEY

From: Willie Smith (willie_smith42@yahoo.com)

To: csemail&correspondenceteam@etrade.com

Date: Wednesday, November 2, 2022 at 07:55 AM PDT


----- Forwarded Message -----
**From:** Willie Smith <willie_smith42@yahoo.com>
**To:** receivedpiuauto@doj.ca.gov <receivedpiuauto@doj.ca.gov>; Shanelle Hamlin
<shanelle_hamlin@cssd.lacounty.gov>; cservice@cssd.lacounty.gov <cservice@cssd.lacounty.gov>
**Sent:** Saturday, October 29, 2022 at 11:25:44 AM PDT
**Subject:** Fw: Legal Document Request for E*TRADE FROM MORGAN STANLEY


----- Forwarded Message -----
**From:** Willie Smith <willie_smith42@yahoo.com>
**To:** hmilstein@sheppardmullin.com <hmilstein@sheppardmullin.com>; robert.hempstead@etrade.com
<robert.hempstead@etrade.com>; brentwoodbranch@etrade.com <brentwoodbranch@etrade.com>
**Sent:** Wednesday, October 26, 2022 at 06:27:35 PM PDT
**Subject:** Legal Document Request for E*TRADE FROM MORGAN STANLEY


 Writ in the Nature of Discovery and Disclosure e Trade 2022.pdf
309.6kB

Form **COL**

## Violation Warning
### Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Account # 0845 | CRD # 2996942 |
| Willie-Jay, Smith-Bey III © | Jacques C, ADRIEN |
| % 2722 South Hobart Blvd – 90016 | 200 Hudson Street Suite 501 |
| Los Angeles California | Jersey City, NJ 07311 |

Citizen's statement:
Deprivation of Rights under color of Law 18 U.S.C §242

Conspiracy Against Rights 18. U.S.C § 241

I certify that the forgoing information stated here is true and correct.

WJSB   ~~Ellon~~ Citizen's signature without Prejudice UCC 1-308

▶ Willie-Jay, Smith-BIII ©    Date ▶ 8/24/2022

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:** without Prejudice UCC 1-308

I, Willie-Jay, Smith-Bey III © certify that I personally delivered this notice to above named recipient and address on _____ at _____ . Mail and E-Mail

Public Domain—Privacy Form COL(01)

USPS Tracking # 9590 9402 6161 0220 5895 52
CERTIFIED Mail RECEIPT # 7022 1670 0003 2445 4924

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CRD # 2996942

JACQUES C ADRIEN
EXTRADE SECURITIEN LLC
HARBORS. DE 2
200 HUDSON STREET, SuiTe Sol
JERSEY CiTY, NJ 07311

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6161 0220 5895 52

2. Article Number (Transfer from service label)

7022 1670 0003 2445 4924

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

web # 229385278 10881
εˢᵉ#
COL form

3. Service   Mail Express®
☐ Adult Sign...
☐ Adult Signature F
☐ Certified Mail®
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery   ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery   Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: DIRECTOR

TERRIE HARDY
5770 S. Eastern Avenue
Commerce, California 90040

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6161 0220 5868 41

Article Number (Transfer from service label)

7021 0950 0002 3182 7566

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

COL form

3. Service Type
☐ Adult Signature   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☐ Certified Mail®   ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery   Delivery
☐ Collect on Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation
☐ Insured Mail   Restricted Delivery
☐ Insured Mail Restricted Delivery
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to: DIVISION II
SHANELLE HAMLIN CSSII
CHILD SUPPORT Service
3179 west Temple AVENUE
Pomona, California 91768

COL FORM

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

9590 9402 6161 0220 5869 26

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

7021 0950 0002 3182 7504

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to: E*TRADE Securities
EIN#35216761Z
E*TRADE SECURITIES LLC
200 HUDSON STREET, STE 501
JERSEY CITY, NJ 07311

COL FORM

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

9590 9402 6161 0220 5869 33

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7021 2720 0003 3786 0882

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



First Class U.S. Mail
Statutory Non-Domestic Fully Pre-Paid
12 Stat. at Law, Ch 71, Sec 23
Federal Offense to collect additional postage
18 USC 1726 ["without the United States"]

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

CERTIFIED MAIL

7022 3670 0003 2445 4856

NOV 28 2022

CENTRAL DISTRICT OF CALIFORNIA

ATT: Filing clerk (western Division)
District Court Central District of California
350 west 1st street suite 4311
Los Angeles California ~ 90012-1565

Without Prejudice UCC 1-308
W/Willie-Roy: Smith - Obey III ©
C/o 2722 South Hobart Blvd
Los Angeles California ~ 90018
Non-Domestic United State Republic